UNITED STATES DISTRICT COURT
for the
Western District of TEXAS
Midland Division

Plaintiff(s): ANTHONY Allen Daniel

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): HEIDI ZAVALA + Lt. Dominguez SHARON DUTCH + TINA GORFORTH

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. MO:20-CV-115
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

FILED
MAY 11 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Heidi Gonzales Zavala Sgt.
- Address: Lt. Dominguez
  - City: Odessa
  - State: TX
  - Zip Code: 79761
- County: Ector
- Telephone Number: 432-335-3050
- E-Mail Address: N/A

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Heidi Gonzales Zavala
- Job or Title (if known): Sgt. Criminal Investigation Div.
- Address: 2500 S. Hwy. 385
  - City: Odessa
  - State: TX
  - Zip Code: 79762
- County: Ector
- Telephone Number: 432-335-3050
- E-Mail Address (if known): N/A

[✓] Individual capacity    [✓] Official capacity

**Defendant No. 2**
- Name: Lt. Dominguez first name Unk
- Job or Title (if known): Lt. Criminal Investigations Division
- Address: 2500 S. Hwy. 385
  - City: Odessa
  - State: TX
  - Zip Code: 79762
- County: Ector
- Telephone Number: 432-335-3050
- E-Mail Address (if known): 

[✓] Individual capacity    [✓] Official capacity

Defendant No. 3
   Name: SHARON DUTCH
   Job or Title (if known): DRUG DEALER
   Address: 6809 WEST 42ND
   ODESSA, TX 79763
   City / State / Zip Code
   County: ECTOR
   Telephone Number: UNKNOWN
   E-Mail Address (if known): N/A
   [X] Individual capacity   [ ] Official capacity

Defendant No. 4
   Name: TINA GORFORTH
   Job or Title (if known): DRUG DEALER
   Address: 6809 WEST 42ND
   ODESSA, TX 79763
   City / State / Zip Code
   County: ECTOR
   Telephone Number: N/A
   E-Mail Address (if known): N/A
   [X] Individual capacity   [ ] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

TORT, DUE PROCESS, RIGHT TO LIFE, 1ST AMENDMENT AND 16TH

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants conspired as a team!

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Comanche, Tom Green and Ector Counties

B. What date and approximate time did the events giving rise to your claim(s) occur?

On or about August 2018 till date

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Identity Theft, Malicious Cutting, Burglary, Bank Fraud. Sherriffs were called to 6809 West 42nd Against Sharon Seabolt, Dutch, Tina Clasberry, GoForth for Malicious cutting and tort, Burglary. There were several others and by their own admission Sherriffs Dept. had them under survielance and told me to get out of there. They have film, I left my window curtains open.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Burns, Bruises, Cuts, objects stuck in me Medical treatment from Medical Center Hospital, Odessa Regional, Shannon Hospital, Comanche Hospital, Angelo Community Hospital. Wound Care Several Doctors and Emergency Room

Kidnapping of Deborah Jo Daniel

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want $20,000,000 or the people who allowed this to happen. $10,000,000 punitive and medical bills and court cost.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-6-2020

Signature of Plaintiff: *Anthony Daniel*

Printed Name of Plaintiff: ANTHONY DANIEL

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

City / State / Zip Code: _____

Telephone Number: _____

E-mail Address: _____

```
ORIGIN ID:SJTA  (325) 262-8991      SHIP DATE: 06MAY20
ANTHONY ALLEN DANIEL                ACTWGT: 1.00 LB
                                    CAD: 250971252/WSXI3400
23 E AVE K APT 11                   DIMS: 11x14x11 IN

SAN ANGELO, TX 76903                BILL SENDER
UNITED STATES US
```

TO **UNITED STATES WESTERN COURT OF MIDL**
**UNITED STATES WESTERN COURT OF MIDL**
**200 E WALL ST**

**MIDLAND TX 79701**



**FedEx** Express

**MON – 11 MAY 4:30P**
TRK# 3925 8658 1874  **EXPRESS SAVER**
0201

**BL MAFA**   79701
              TX-US  LBB

DEPUTY

.74
.08